

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2000 MAY 11  P 4: 07

LORETTA G. WHYTE
CLERK

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **LARRY HARTLEY** | * | **CIVIL ACTION** |
| **VERSUS** | * | **NO: 00-0048** |
| **TRICO MARINE OPERATORS, INC.** | * | **SECTION: F(3)** |

## JOINT MOTION TO COMPEL

NOW INTO COURT, through undersigned counsel, come plaintiff and defendant herein, and move this Honorable Court for an Order compelling production of any and all personnel records, military records, medical records, and any other related records of military service of Larry Hartley by National Personnel Records Center, St. Louis, Missouri, for reasons described in the attached memorandum.

Respectfully submitted,

**ADAMS AND REESE LLP**

THOMAS G. O'BRIEN, T.A. #10149
FRANCIS V. LIANTONIO, JR., #19282
ROLAND M. VANDENWEGHE, JR.,
#25283
4500 One Shell Square
New Orleans, LA 70139
Tel: (504) 581-3234
Attorneys for Defendant,
TRICO MARINE OPERATORS, INC.

DATE OF ENTRY

MAY 1 7 2000



GAINSBURG, BENJAMIN, DAVID,
MEUNIER & WARSHAUER

JACK C. BENJAMIN, Bar No 2946
2800 Energy Centre
1100 Poydras Street
New Orleans, La 70163-2800
Tel: (504) 522-2304
Attorney for plaintiff, Larry Hartley

CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing pleading has

been served on all counsel either by hand, fax, or via U.S. Mail, this

11TH day of May, 2000.

FRANCIS V. LIANTONIO, JR

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **LARRY HARTLEY** | * | **CIVIL ACTION** |
| **VERSUS** | * | **NO:  00-0048** |
| **TRICO MARINE OPERATORS, INC.** | * | **SECTION:  F(3)** |

## O R D E R

Considering the foregoing joint motion to compel production of military records,

**IT IS ORDERED,** that the National Personnel Records Center in St. Louis, Missouri, produce all personnel records, medical records, and any other related records of military service of Larry Hartley (Social Security No: 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; date of birth:11/19/64; dates of service: July 12, 1983 through March 16, 1988; branch of service:  U.S. Army) to counsel as follows:

One copy of the entire record to be produced to Thomas G. O'Brien and Francis V. Liantonio, Jr. of the law firm of Adams and Reese, 4500 One Shell Square, New Orleans, Louisiana 70139;

One copy of the entire record to be produced to Jack C Benjamin of the law firm of Gainsburgh, Benjamin, David, Meunier & Warshauer, 2800 Energy Centre, 1100 Poydras Street, New Orleans, Louisiana 70163-2304.

New Orleans, Louisiana, this __16TH__ day of __MAY__, 2000.

Martin L. C. Feldman

**UNITED STATES DISTRICT JUDGE**