```
              FILED
        U.S. DISTRICT COURT
      EASTERN DISTRICT OF LA

         2000 JUN 22  P 4: 25

           LORETTA G. WHYTE
                CLERK
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| LARRY HARTLEY | * | CIVIL ACTION |
| | * | |
| | * | NO. 00-0048 |
| VERSUS | * | |
| | * | SECTION "F" |
| | * | JUDGE MARTIN L. C. FELDMAN |
| TRICO MARINE OPERATORS, INC. | * | |
| | * | DIVISION 3 |
| | * | MAG. LANCE M. AFRICK |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## JOINT MOTION AND ORDER OF DISMISSAL

**NOW INTO COURT,** come plaintiff, Larry Paul Hartley, and defendant, Trico Marine Operators, Inc., appearing herein through their undersigned counsel of record, and upon suggesting to the Court that all of Larry Paul Hartley's claims against Trico Marine Operators, Inc., have been fully compromised and settled; and upon further representing that the parties desire this Honorable Court to retain jurisdiction over any disputes involving the validity, interpretation, performance, breach or enforcement of the Receipt, Release and Indemnity Agreement entered into between Larry Paul Hartley and Trico Marine Operators, Inc., hereby request that all of Larry Paul Hartley's claims against Trico Marine Operators, Inc., be dismissed with prejudice, each party to bear its own costs, and reserving this Honorable Court's jurisdiction over any disputes involving the validity, interpretation,



DATE OF ENTRY
JUN 27 2000



performance, breach or enforcement of the Receipt, Release and Indemnity Agreement entered into between Larry Paul Hartley and Trico Marine Operators, Inc.

Respectfully submitted,

GAINSBURGH, BENJAMIN, DAVID,
MEUNIER & WARSHAUER

_____
JACK C. BENJAMIN (#29426)
2800 Energy Centre
1100 Poydras Street
New Orleans, Louisiana 70163-2800
Telephone (504) 522-2304
Attorneys for Larry Paul Hartley

ADAMS AND REESE, L.L.P.

_____
THOMAS G. O'BRIEN, APLC (#10149)
FRANCIS V. LIANTONIO, JR. (#19282)
4500 One Shell Square
New Orleans, Louisiana 70139
Telephone: (504) 581-3234
Attorneys for Trico Marine Operators, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing pleading has been served upon all counsel of record by United States mail, postage prepaid and properly addressed, this ____22____ day of ____June____, 2000.

_____
FRANCIS V. LIANTONIO, JR.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| LARRY HARTLEY | * | CIVIL ACTION |
| | * | |
| | * | NO. 00-0048 |
| VERSUS | * | |
| | * | SECTION "F" |
| | * | JUDGE MARTIN L. C. FELDMAN |
| TRICO MARINE OPERATORS, INC. | * | |
| | * | DIVISION 3 |
| | * | MAG. LANCE M. AFRICK |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER OF DISMISSAL WITH PREJUDICE

The above and foregoing "Joint Motion and Order of Dismissal" having been duly considered;

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the same be and is hereby GRANTED, and that all of Larry Paul Hartley's claims against Trico Marine Operators, Inc., be and are hereby DISMISSED WITH PREJUDICE, each party to bear their own costs. This Honorable Court retains jurisdiction over any disputes involving the validity, interpretation, performance, breach or enforcement of the Receipt, Release and Indemnity Agreement entered into between Larry Paul Hartley and Trico Marine Operators, Inc.

New Orleans, Louisiana, this 26TH day of June 2000.

UNITED STATES DISTRICT JUDGE